UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-01240-JLS (SPx) | Date | September 16, 2021 |
| Title | HSBC Bank USA, National Association v. Jorge Gutierrez et al | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Elsa Vargas | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                    None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

    The Court, on its own motion, hereby ORDERS the parties to show cause in writing no later than **Friday, September 24, 2021**, why the parties have failed to file a joint report (FRCivP 26) as required by this Court's Order Setting Scheduling Conference.  Each party shall file a written response to this OSC explaining the failure to comply with this Court's Order Setting Scheduling Conference.  The response shall be accompanied by the filing of the parties' Joint Report, including Exhibit A to the Report.  The Scheduling Conference set for September 17, 2021 is vacated and off calendar.

    No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the required documents on or before the date upon which a response is due.  Failure to timely and adequately respond may result in further sanctions, including the dismissal of this action or the entry of default.

                                                                                                                 :       

Initials of Deputy Clerk    eva